Dear Judge Howard:

I am submitting this letter on behalf of my husband William Daniels. I can only address the man that I know subjectively.

In our relationship he always maintained a job, contributed financially, and was a good partner in maintaining our home and property. Anything that requires physical capability he was always willing.

His life skills are basic. He has difficulty now that everything is done electronically, he gets overwhelmed by it. He is very old school and can manage if communication is face to face. He struggles to read and write. If communication is electronic, it would have to be communicated to me to be completed. I have managed all our finances to include his retirement, his medical appointments, scheduled maintenance for vehicles etc. In his places of employment, he would rely on the secretary for assistance. It's not that he cannot comprehend things, it just takes him more time to understand new things. He learns physical skills best by observation and hands on experience, he struggles with information technology.

William has battled cancer three times in his life now. He now has annual CT scans of the abdomen, pelvis, and chest for surveillance. If cancer is to reoccur, we were told this is the area most likely to appear. His memory was significantly affected after chemo therapy. He now suffers from chronic headaches, gastrointestinal issues, and occasional kidney stones.

William changed significantly after the death of his mother. The changes in him were enough that the dynamics of our relationship went from husband and wife to basically friends cohabitating. The changes in him were notable to his coworkers and our friends as well.

This was a very difficult letter to write as it required me to look back at the past and reflect on my marriage. I was never abused physically or mentally by William, I felt loved, cherished, accepted and safe. I believe that he still cares for me, he just turned away from me and everyone else after his mother passed away. He has never been good at communicating or sharing his feelings verbally, he showed his affection with acts of service and worry.

Sincerely,

*Regina Daniels*
ID M1iPUZBKTC3X6r8vnG3QNQ72

Regina Daniels    12/27/2024