Following the examination, DANIELS was advised he did not pass the exam as he exhibited significant reactions to the aforementioned questions. DANIELS initially denied having any sexual contact or participating in any sexual activity with minors. DANIELS stated he had "never put his weiner inside a minor". Upon further questioning, DANIELS stated he had sexual activity and sexual contact with his stepdaughter ▮▮▮▮▮ when she was between eight and nine years old (note: see below statement for additional details). DANIELS denied having sexual activity or contact with any other minor.

DANIELS provided a supplemental signed statement, which reads as follows:

## FEDERAL BUREAU OF INVESTIGATION (FBI)

### PLACE:  FBI Office, Jacksonville, Florida

### TIME:  12:40 PM

"I, William E. Daniels, date of birth ▮▮▮/1979, Social Security Number ▮▮▮ 3207, have been advised of my rights by Special Agent (SA) Waldemar Alicea of the Federal Bureau of Investigation, who read to me an "Advice of Rights" form which I understood, signed, and dated.  I waived my rights and agree to give this signed statement. SA Alicea told me that I was being interviewed regarding my possession/distribution of child pornography as well as any contact of an illegal nature with a minor or sexual activity with a minor.

I am giving this statement voluntarily.  No promises or threats of any kind have been made to me to provide this statement today. No one has tried to force me to cooperate today. I can read and write in the English language.  At the beginning of my interview today, SA Alicea informed me that I was not under arrest and that I was free to leave at any time. I am not under the influence of any drug or alcohol.

SA Alicea informed me today that my interview would be documented. He gave me the option of typing my own words. Instead, I asked him to type my words for me.  It is easier for me to verbally explain my story and have him type my words for me.  I worked with SA Alicea to document my rights.  We also worked to together to document my understanding of terminology used during my interview today.  Regardless, I will read every word on this statement to make sure that it is 100% accurate, truthful, and documented as I explained today.

I know that child pornography involves images/videos depicting graphic sexual conduct with an underage child.  I know that an underage/minor child is anyone under the age of 18.

I know and understand that illegal sexual contact with a minor involves an adult having sexual contact with a minor.

When my stepdaughter ▮▮▮▮▮▮ was eight or nine years old, I went to her bedroom at our house and I touched her vagina for a short period of time. Most of the time, she had only pants and no panties. I left her bedroom after I finished. I did not masturbate. I did that at least two separate times with approximately a month in between. When my stepdaughter was approximately 19 years old, she was bathing on the outside shower at our house. I position myself in a way where I could look at her while naked and showering. This happened at least twice.

I have/use the following types of hardware (e.g. phone, laptop, tablets, gaming systems, etc):
- Cellular phones that the FBI seized

I am the only one that had access to the phones the FBI has.

I use the following search terms to look for child pornography:

- Teen porn through Google

I have the following interest/fantasies regarding CP:

- General: 15 year olds

I have not stored any CP content on any other devices. I do not have encryption methods, random email generators, VPN.

My best estimate for when I started searching for and viewing CP content started 10 year ago.

When I view CP content, I have a particular interest in females around the age of 15, posing sexually or engaged in sex acts with adults. I like to view an adult male having sex with a minor.

I last viewed CP content about two months ago. I sexually satisfy myself via masturbation daily at least once. I hasn't happened in the last couple of months.

I do not stalk minors in the public and I do not take secret images of any minor. I do not have fantasies of stalking, harming/hurting any minor.

I do not consider myself a pedophile. I understand that a pedophile is a person who is attracted to prepubescent children. I have not called myself one over digital media.

I am willing to help the FBI identify other users of child pornography.

Agent Alicea has been professional and fair to me. I was offered breaks and water/food. My statement is voluntary. I have not been threatened in any way during this interview. No promises of any kind have been made to me in exchange for my information. I have re-read this statement and I sign it verifying the accuracy and truthfulness of my words."

The supplemental statement was signed by DANIELS and by the examiner as a witness. It was also witnessed by SA CHAPMAN by way of video monitoring.

Following the completion of the statement, FBI SA CHAPMAN asked DANIELS if the sexual activity and contact DANIELS had with his stepdaughter MEKYLA happened at his residence in Lake City, Florida. DANIELS responded yes to SA CHAPMAN's question.

At approximately 1:20 PM, the interview with DANIELS was terminated. DANIELS was subsequently arrested by SA CHAPMAN and escorted out of the FBI JK building. The results of the polygraph examination are located in the "Examination Results" section at the top of this report.

**Administrative Note:** This examination was observed by FBI JK SAs MOLLY CHAPMAN and MELISSA FUNDERBURK.